UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE LARES, M.D.,

          Plaintiff,

-against-

WESTCHESTER MEDICAL CENTER,
WESTCHESTER COUNTY HEALTH CARE
CORPORATION and KATHRYN McGOLDRICK,
M.D.,

          Defendants
------------------------------------------------------------X

STIPULATION OF
DISCONTINUANCE
& ORDER

Docket No.: 05 CV 0856
(CLB)(MDF)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is, discontinued with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

This Court shall continue to retain jurisdiction of this matter until final payment is received by the Plaintiff.

Dated:    New York, New York
            February 8, 2006

By: Martha M. McBrayer (MM-7097)
Morelli Ratner PC
Attorneys for Plaintiff
Jose Lares, M.D.
950 Third Avenue
New York, New York 10022
212-751-9800
Our File No. DMCB547

By: Joanna M. Topping (JT-4525)
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

SO ORDERED: February 10, 2006    Charles Brieant
                                   Honorable Judge Charles Brieant
                                                  USDJ

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

Joanna M. Topping
Joanna.Topping@wilsonelser.com

February 9, 2006

<u>Via Facsimile</u>

Hon. Charles L. Brieant
United States District Court Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10604-4150

Re:   Jose Lares v. Westchester Medical Center, Westchester County Health Care
      Corporation and Dr. Kathryn McGoldrick
      Docket No.: 05 CV 0856 (CLB) (MDF)
      Our File No.: 00777.00410

Dear Judge Brieant:

With regard to the above-referenced matter, enclosed please find a fully executed stipulation of discontinuance to be "So Ordered" by the Court. If the stipulation meets with the Court's approval, please "So Order" the stipulation and enter it on the docket.

Thank you for your consideration.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Joanna M. Topping

JMT/sr
Enclosure

cc: Benedict P. Morelli & Associates, P.C. (via fax w/ enc.)
    Attn: Martha McBrayer, Esq.
    Fax No.: (212) 751-0046

1098202.1